HUNT, C., reads for reversal.

GRAY, C., for affirmance.

For reversal, LOTT, Ch. C., HUNT and EARL, CC.

For affirmance, GRAY and LEONARD, CC.

Order of General Term reversed, and judgment, upon report of referee, affirmed, with costs.

---

OSCAR H. CLOUGH, Respondent, *v.* PATRICK MURRAY, Appellant.

*Samuel Hand* for the respondent.

Affirmed by default, with costs.

---

ISAAC W. EDWARDS, Respondent, *v.* ABRAHAM B. CONGER, Appellant.

*C. P. Hoffman* for the respondent.

Affirmed by default, with costs.

LOTT, Ch. C., not sitting.

---

THOMAS NEWTON, Respondent, *v.* JULIAN HOOK, Appellant.

A judgment by default in an action to recover a payment of interest due upon a promissory note, where process was personally served and defendant appeared, but did not answer, is conclusive evidence against a defence of usury interposed in an action between the same parties, brought to recover the principal of said note. (LOTT, Ch. C., dissenting.)

(Submitted September 30, 1871; decided January term, 1872.)

THIS action was brought against defendant, as indorser, to recover the amount of these promissory notes, payable in one, two and three years respectively, with interest semi-annually. Defense, usury. Plaintiff proved a judgment,